UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GWENDOLYN JONES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 3:06-0176 |
| | ) JUDGE ECHOLS |
| MID-CUMBERLAND HUMAN | ) |
| RESOURCE AGENCY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

In accordance with the reasons stated herein and in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Defendant's Motion for Oral Argument (Docket Entry No. 16) is hereby DENIED because the Court finds that oral argument would not assist the Court in deciding the pending motion.

(2) The Motion for Summary Judgment (Docket Entry No. 12) filed by Defendant Mid-Cumberland Human Resource Agency is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED with respect to Plaintiff's race, age, and disability discrimination claims brought under Title VII, 42 U.S.C. § 2000e *et seq.,* the Age Discrimination In Employment Act ("ADEA"), 29 U.S.C. § 623 *et seq.,* the Americans With Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12101 *et seq.*, and the the Tennessee Human Rights Act ("THRA"), Tenn. Code Ann. §4-21-101, *et seq.* The Motion is DENIED with respect to Plaintiff's state common law claim for retaliatory discharge for filing a worker's compensation claim because the

Court declines to exercise supplemental jurisdiction over the claim pursuant to 28 U.S.C. § 1367(c)(3).

(3) Plaintiff's claims for race, age, and disability discrimination brought under Title VII, the ADEA, the ADA, and the THRA are hereby DISMISSED WITH PREJUDICE.

(4) Plaintiff's state common law claim for retaliatory discharge for filing a worker's compensation claim is hereby DISMISSED WITHOUT PREJUDICE.

(5) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE